UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**BRANDI THOMAS, Individually and on Behalf of All Others Similarly Situated,**
   **Plaintiff,**

  v.           Case No. 20-CV-12

**PATENAUDE & FELIX, A.P.C., TD BANK USA, N.A., and TARGET CORPORATION,**
   **Defendants.**

---

## ORDER

The plaintiff has filed a notice of a settlement in principle and expects that a stipulation dismissal will be submitted to the Court shortly. ECF No. 7. **Accordingly, the Clerk of Court is directed to close the file administratively.**

**SO ORDERED** at Milwaukee, Wisconsin, this 1st day of June, 2020.

        s/Lynn Adelman
        LYNN ADELMAN
        District Judge